**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

Shalesh Beri,

Plaintiff,

v.

Michigan Gaming Control Board,

Defendant.

Case No. 2:25-cv-13025

Hon. Stephen J. Murphy III

Mag. Judge David R. Grand

---

**PLAINTIFF'S NOTICE OF NO RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff respectfully notifies the Court that, as of the date of this filing, no response has been filed to Plaintiff's Motion for Preliminary Injunction (the "Motion"), filed on September 25,2025 (ECF No. 2), and served with the summons and complaint on October 6, 2025.

Under E.D. Mich. Local Rule 7.1(e)(1)(B), a response to a motion for preliminary injunction is due within 14 days after service unless the Court orders otherwise. By that rule, Defendant's response was due on October 20, 2025. No order modifying the briefing schedule appears on the docket.

Accordingly, Plaintiff respectfully requests that the Court:

(1) take the Motion under submission and enter an approved order on the papers.

Dated: October 24, 2025

Certificate of Service

I certify that this document was filed through the Court's CM/ECF system, which will serve all registered counsel of record.

Respectfully submitted,

/s/ Shalesh Beri
Shalesh Beri (Pro Se)
16621 Sherwood Lane
Northville, MI 48168
sberi@nwexs.com
248.890.6231 mobile